IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| REUBEN A. JACOBS, SR., | HONORABLE JEROME B. SIMANDLE |
| Plaintiff, | CIVIL NO. 09-0133 (JBS/JS) |
| v. | |
| | **ORDER** |
| CUMBERLAND COUNTY DEPARTMENT OF CORRECTIONS and COUNTY OF CUMBERLAND BOARD OF CHOSEN FREEHOLDERS, | |
| Defendants. | |

This matter having come before the Court upon Defendants' motion for summary judgment [Docket Item 25]; the Court having considered the submissions of the parties; for the reasons stated in the Opinion of today's date; and for good cause shown;

IT IS this  **8th**  day of **December, 2010** hereby

ORDERED that the motion for summary judgment is **GRANTED**.

                                              **s/ Jerome B. Simandle**
                                              JEROME B. SIMANDLE
                                              United States District Judge